# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO LEON, an individual; IRMA MAYORGA, an individual; MARIA YESENIA MAYORGA, an individual; MARIA T. MAYORGA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, a government entity<br><br>Defendant. | Case No. 17cv1820-CAB(JLB)<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br>[Doc. No. 7]<br><br>Trial Date:　　None Set |

　　WHEREAS, plaintiffs OCTAVIO LEON, an individual; IRMA MAYORGA, an individual; MARIA YESENIA MAYORGA, an individual; and MARIA T. MAYORGA, an individual, and defendant United States of America (hereinafter collectively "the Parties") have stipulated that plaintiffs' complaint against defendant United States of America be dismissed, in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorneys' fees.

IT IS HEREBY ORDERED that the entire action captioned above is dismissed with prejudice.

It is **SO ORDERED**.

Dated: April 18, 2018

Hon. Cathy Ann Bencivengo
United States District Judge